UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 13 B 24586 |
| | CHAPTER 13 |
| Michelle Y Carter | |
| | JUDGE DONALD R CASSLING |
| DEBTOR | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** DITECH FINANCIAL

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 21 | XXXXXX8405 | $9,774.78 | $9,774.78 | $9,774.78 |
| Total Amount Paid by Trustee | | | | | $9,774.78 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit        **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 13-24586-DRC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 3rd day of October, 2017.

Debtor:
Michelle Y Carter
4714 S St. Lawrence
Chicago, IL  60615

Attorney:
THE SEMRAD LAW FIRM LLC
20 S CLARK ST 28TH FLR
CHICAGO, IL  60603
via Clerk's ECF noticing procedures

Creditor:
DITECH FINANCIAL
PO BOX 0049
PALATINE, IL  60055-0049

Mortgage Creditor:
OCWEN LOAN SERVICING LLC
1100 VIRGINIA DR
FORT WASHINGTON, PA  19034

Mortgage Creditor:
RESIDENTIAL CREDIT SOLUTIONS INC
% MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS, OH  43216-5028

Creditor:
DITECH FINANCIAL LLC
7340 S KYRENE RD T-120
TEMPE, AZ  85283

Mortgage Creditor:
PIERCE & ASSOC
1 N DEARBORN # 1300
CHICAGO, IL  60602

ELECTRONIC SERVICE - United States Trustee

Date:  October 03, 2017

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603